# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Johnny Lee Helfenbein
Debtor(s).

Case Number: 10−27812
Chapter 13

## NOTICE OF FILING OF "EVIDENCE OF TRANSFER" OR ASSIGNMENT OF CLAIM COMBINED WITH RELATED NOTICE

To the alleged transferor:

Pursuant to the Fed.R.Bankr.P. 3001(e)(2), as amended on August 1, 1991, **NOTICE IS HEREBY GIVEN** that "evidence of transfer" or assignment of claim has been filed with the Bankruptcy Court Clerk's Office by **Capital One, N.A.**, arising out of the original claim of **HSBC, Nevada, N.A.** ("Alleged transferor") for claim(s) **#3**.

**NOTICE IS FURTHER GIVEN** to the alleged transferor that objection thereto, if any, must be filed with the Bankruptcy Court Clerk within 21 days of the mailing of this notice and served on **Capitla One, N.A.** ("Transferee"); that if the alleged transferor files a timely objection and the Court finds, after notice and a hearing, that the claim has been transferred other than for security, it shall enter an order substituting the transferee for the transferor; and if a timely objection is not filed by the alleged transferor, the transferee shall be substituted for the transferor without further notice and without the need for Court approval.

**BANKRUPTCY COURT CLERK**

**By: Jane Rowe**
**Deputy Court Clerk**
**Date: October 22, 2012**

**[eot]** [Evidence of Transfer – 02/14/2002]