# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Johnny Lee Helfenbein
Debtor(s).

Case Number: 10–27812
Chapter  13

## NOTICE OF FILING OF "EVIDENCE OF TRANSFER" OR ASSIGNMENT OF CLAIM COMBINED WITH RELATED NOTICE

To the alleged transferor:

Pursuant to the Fed.R.Bankr.P. 3001(e)(2),  as amended on August 1, 1991, **NOTICE IS HEREBY GIVEN** that "evidence of transfer" or assignment of claim has been filed with the Bankruptcy Court Clerk's Office by **Capital One, N.A.** ,  arising out of the original claim of **HSBC, Nevada, N.A.**  ("Alleged transferor") for claim(s) **#3**.

**NOTICE IS FURTHER GIVEN** to the alleged transferor that objection thereto, if any, must be filed with the Bankruptcy Court Clerk within 21 days of the mailing of this notice and served on **Capitla One, N.A.**  ("Transferee"); that if the alleged transferor files a timely objection and the Court finds, after notice and a hearing, that the claim has been transferred other than for security, it shall enter an order substituting the transferee for the transferor; and if a timely objection is not filed by the alleged transferor, the transferee shall be substituted for the transferor without further notice and without the need for Court approval.

**BANKRUPTCY COURT CLERK**

**By:   Jane Rowe
Deputy Court Clerk
Date:   October 22, 2012**

[eot] [Evidence of Transfer – 02/14/2002]

United States Bankruptcy Court
Western District of Tennessee

In re: Case No. 10-27812-pjd
Johnny Lee Helfenbein Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2     User: jane     Page 1 of 2     Date Rcvd: Oct 22, 2012
                          Form ID: eot    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2012.
db        +Johnny Lee Helfenbein,   835 Ecology Loop,   Eads, TN 38028-3413
cr        +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,      Tucson, AZ 85712-1083
cr        +HSBC Bank Nevada, N.A. (Kawasaki),   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,      Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2012**                           **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0651-2          User: jane              Page 2 of 2            Date Rcvd: Oct 22, 2012
                              Form ID: eot            Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2012 at the address(es) listed below:
              Arthur E. Ray    on behalf of Debtor Johnny Helfenbein bank@memphislaw.com,   raypacer@comcast.net
              George W. Stevenson Chapter 13    ch13gws@gmail.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                             TOTAL: 3
```